IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:11 CV 00165-BO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for COOPERATIVE BANK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREDERICK WILLETTS III, *et. al.*<br><br>　　　　Defendants. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.1, Defendants Frederick Willetts, III, Paul G. Burton, James D. Hundley, Horace Thompson King, Ottis Richard Wright, Jr., Richard Allen Rippy, Francis Peter Fensel, Jr., Dickson B. Bridger, and Otto C. "Buddy" Burrell, Jr. ("the Defendants"), respectfully request that the Court extend the time for Defendants to file an Answer to the Plaintiff's Complaint until May 14, 2012.

In support of this motion, Defendants state as follows:

1. The FDIC filed this action on August 10, 2011 (Dkt. 1);

2. The Defendants filed a Motion to Dismiss the Complaint on October 18, 2011 (Dkt. 18);

3. On April 16, 2012, the Court issued an Order denying Defendants' Motion to Dismiss (Dkt. 38);

4. Defendants respectfully request a 14-day extension of time, through and including May 14, 2012, in which to Answer the Complaint. This short extension is requested in part to consider the Court's Order and to file a Motion for Reconsideration and/or Motion for Certification pursuant to 28 U.S.C. § 1292(b), or for other relief.

5. Counsel for Defendants has consulted with counsel for the Plaintiff and is authorized to state that the Plaintiff consents to the Defendants' requested extension.

WHEREFORE, Defendants request, and the FDIC does not oppose, extending the time period in which the Defendants shall answer the Complaint no later than May 14, 2012. A proposed Order is attached.

Respectfully submitted this 26th day of April, 2012.

WILLIAMS MULLEN

BY: /s/ Camden R. Webb
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
WILLIAMS MULLEN
P. O. Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
*Local Civil Rule 83.1 Counsel for Defendants*

/s/ David W. Goewey
David W. Goewey
D.C. Bar No. 414257
dwgoewey@venable.com
Ronald R. Glancz
D.C. Bar. No. 200931
rrglancz@venable.com
Meredith L. Boylan
D.C. Bar No. 978088
mlboylan@venable.com
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of April, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Mary L. Wolff
Wolff Ardis, P.C.
5810 Shelby Oaks Dr.
Memphis, TN 38134
Email: mwolff@wolffardis.com

Sharon L. Petty
Wolff Ardis, P.C.
5810 Shelby Oaks Dr.
Memphis, TN 38134
Email: spetty@wolffardis.com

Ruth M. Allen
Hogan & Allen, PLLC
7413 Six Forks R., Suite 326
Raleigh, NC 27615
Email: ruthallenlaw@yahoo.com

This the 26th day of April 2012.

> WILLIAMS MULLEN
>
> BY: /s/ Camden R. Webb
> Camden R. Webb
> N.C. State Bar No. 22374
> crwebb@williamsmullen.com
> WILLIAMS MULLEN
> P. O. Box 1000
> Raleigh, North Carolina 27602
> Telephone: (919) 981-4000
> Facsimile: (919) 981-4300
> *Local Civil Rule 83.1 Counsel for Defendants*