IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:11-CV-00165-BO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for COOPERATIVE BANK, <br><br> Plaintiff, <br><br> v. <br><br> FREDERICK WILLETTS, III, PAUL G. BURTON, JAMES D. HUNDLEY, HORACE THOMPSON KING, III, OTTIS RICHARD WRIGHT, JR., RICHARD ALLEN RIPPY, FRANCIS PETER FENSEL, JR., DICKSON B. BRIDGER, and OTTO C. "BUDDY" BURRELL, JR. <br> Defendants. | DEFENDANTS' MOTION FOR RECONSIDERATION UNDER FED. R. CIV. P. 54(b) OR, IN THE ALTERNATIVE, TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL <u>UNDER 28 U.S.C. § 1292(b)</u> <br><br> Fed. R. Civ. Pro. 54(b) <br> 28 U.S.C. § 1292(b) |

## MOTION

Pursuant to Federal Rule of Civil Procedure 54(b), Defendants Frederick Willetts, III, Paul G. Burton, James D. Hundley, Horace Thompson King, III, Ottis Richard Wright, Jr., Richard Allen Rippy, Francis Peter Fensel, Jr., Dickson B. Bridger, and Otto C. "Buddy" Burrell, Jr., hereby request that the Court reconsider its April 16, 2012 Order denying Defendants' Motion to Dismiss. Alternatively, Defendants request that the Court certify its Order for interlocutory appeal pursuant to 28 U.S.C. 1292(b). The grounds for granting the motion are set forth in Defendants' supporting memorandum of points and authorities, filed contemporaneously herewith and incorporated by reference herein.

Respectfully submitted,

April 30, 2012        BY:     s/ Camden R. Webb
                              Camden R. Webb
                              N.C. State Bar No. 22374
                              crwebb@williamsmullen.com
                              WILLIAMS MULLEN
                              P. O. Box 1000
                              Raleigh, North Carolina 27602
                              Telephone: (919) 981-4000
                              Facsimile: (919) 981-4300
                              *Local Civil Rule 83.1 Counsel for Defendants*


                              s/ David W. Goewey
                              David W. Goewey
                              D.C. Bar No. 414257
                              dwgoewey@venable.com
                              Ronald R. Glancz
                              D.C. Bar. No. 200931
                              rrglancz@venable.com
                              Meredith L. Boylan
                              D.C. Bar No. 978088
                              mlboylan@venable.com
                              VENABLE LLP
                              575 7th Street, N.W.
                              Washington, D.C. 20004
                              Telephone: (202) 344-4000
                              Facsimile: (202) 344-8300
                              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of April, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Mary L. Wolff
Wolff Ardis, P.C.
5810 Shelby Oaks Dr.
Memphis, TN 38134
Email: mwolff@wolffardis.com

Sharon L. Petty
Wolff Ardis, P.C.
5810 Shelby Oaks Dr.
Memphis, TN 38134
Email: spetty@wolffardis.com

Ruth M. Allen
Hogan & Allen, PLLC
7413 Six Forks R., Suite 326
Raleigh, NC 27615
Email: ruthallenlaw@yahoo.com

                    BY:   s/ Camden R. Webb
                          Camden R. Webb
                          N.C. State Bar No. 22374
                          crwebb@williamsmullen.com
                          WILLIAMS MULLEN
                          P. O. Box 1000
                          Raleigh, North Carolina 27602
                          Telephone: (919) 981-4000
                          Facsimile: (919) 981-4300
                          *Local Civil Rule 83.1 Counsel for Defendants*