| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, *as received for Cooperative* | ) | |
| *Bank*, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | **7:11-CV-165-BO** |
| RICHARD RIPPY, JAMES HUNDLEY, | ) | |
| FRANCES FENSEL, JR., HORACE KING, | ) | |
| FREDERICK WILLETTS, III, DICKSON | ) | |
| BRIDGER, PAUL BURTON, OTTIS WRIGHT, | ) | |
| JR., and OTTO BURRELL, JR., | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, and DECREED** that the defendants' Motion for Summary Judgment [DE 101] is GRANTED, the plaintiff's Motion for Partial Summary Judgment [DE 97] is DENIED AS MOOT, the various motions to seal [DE 104, 105, 113, 115, 120] are GRANTED, the defendant's Motion to Exclude the Opinion of Expert Harry Potter [DE 95] is GRANTED, and the plaintiff's Motion to Strike [DE 117] is DENIED AS MOOT. This matter is now closed.

**This Judgment was filed and entered on September 23, 2014, and copies were delivered to:**
Douglas Black (electronically via CM/ECF)
Mary Wolff (electronically via CM/ECF)
Ruth Allen (electronically via CM/ECF)
Camden Webb (electronically via CM/ECF)
David Goewey (electronically via CM/ECF)
Thomas Gilbertsen (electronically via CM/ECF)
Kacy Hunt (electronically via CM/ECF)
Meredith Boylan (eletronically via CM/ECF)
Ronald Glancz (electronically via CM/ECF)

DATE                                                                                JULIE A. RICHARDS, CLERK

September 23, 2014                                                    /s/ Macy B. Fisher
                                                                                          (By) Macy B. Fisher, Deputy Clerk