**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:11-CV-00165-BO**

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE** | ) | |
| **CORPORATION, as Receiver for** | ) | |
| **COOPERATIVE BANK,** | ) | |
| | ) | **PLAINTIFF'S NOTICE** |
| **Plaintiff,** | ) | **OF APPEAL** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FREDERICK WILLETTS, III, PAUL G.** | ) | |
| **BURTON, JAMES D. HUNDLEY,** | ) | |
| **HORACE THOMPSON KING, III,** | ) | |
| **OTTIS RICHARD WRIGHT, JR.,** | ) | |
| **RICHARD ALLEN RIPPY, FRANCIS** | ) | |
| **PETER FENSEL, JR., DICKSON B.** | ) | |
| **BRIDGER, and OTTO C. "BUDDY"** | ) | |
| **BURRELL, JR.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

NOTICE is hereby given that the Federal Deposit Insurance Corporation, as Receiver for

Cooperative Bank ("FDIC-R"), plaintiff in the above-captioned cause, hereby appeals to the

United States Court of Appeals for the Fourth Circuit from the final Judgment entered in this

cause on September 23, 2014 (D.E. 126), and any other orders, findings, conclusions and

holdings relating or contributing to the final judgment including, but not limited to, the Order

entered in this cause on September 11, 2014 (D.E. 124), granting Defendants' Motion for

Summary Judgment (D.E. 101), denying as moot Plaintiff's Motion for Partial Summary

Judgment (D.E. 97), granting Defendants' Motion to Exclude Opinions of Harry Potter (D.E.95),

and denying as moot Plaintiff's Sealed Motion to Strike the Declaration of Robert T. Gammill

and to Exclude the Opinions Set Forth Therein  (D.E. 117).

Title 12 of the United States Code, Section 1819(b)(2)(E)(4), provides that the FDIC-R "shall not be subject to payments of any filing fees in United States district courts or courts of appeals."

This 2nd day of October, 2014.

Respectfully submitted,

/s/ Ruth Allen

_____

Ruth M. Allen
*Attorney for Plaintiff*
RUTH ALLEN LAW
7413 Six Forks Road, #326
Raleigh, NC  27615
(919)481-4141
(866)321-9449 (fax)
ruthallenlaw@yahoo.com
N.C. Bar No. 34739
LR83.1 Counsel

/s/ Mary L. Wolff

_____

Mary L. Wolff
Douglas A. Black
*Attorneys for Plaintiff*
WOLFF ARDIS, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
(901)763-3336
(901)763-3376 (fax)
mwolff@wolffardis.com
dblack@wolffardis.com
Wolff TN Bar No. 8262
Black TN Bar No. 11412

2

CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of October, 2014, I electronically filed the foregoing document under seal with the Clerk of the Court using the CM/ECF system and served the following electronically:

Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
WILLIAMS MULLEN
P.O. Box 1000
Raleigh, North Carolina 27602


Ronald R. Glancz
D.C. Bar No. 200931
rrglancz@venable.com
Thomas E. Gilbertsen
D.C. Bar No. 432290
tegilbertsen@venable.com
Meredith L. Boylan
D.C. Bar. No. 978088
mlboylan@venable.com
VENABLE, LLP
575 7th Street, N.W.
Washington, D.C. 20004


/s/ Mary L. Wolff
_____

3