IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-165-BO

FEDERAL DEPOSIT INSURANCE )
CORPORATION, as Receiver for )
COOPERATIVE BANK, )
               Plaintiff, )
 )
v. )    O R D E R
 )
FREDERICK WILLETTS, III, *et al.*, )
               Defendants. )
_____ )

This matter is before the Court on defendants' motion for bill of costs [DE 129] and plaintiff's motion for disallowance of bill of costs. [DE 131]. A notice of appeal of this Court's judgment was filed on October 2, 2014, and the appeal remains pending in the court of appeals. In light thereof, the Court DENIES WITHOUT PREJUDICE both the motion for bill of costs and the motion for disallowance. The parties are permitted to refile motions related to costs once mandate has issued and may incorporate by reference any arguments made in the motions that have been denied without prejudice if appropriate.

SO ORDERED, this __30__ day of July, 2015.

                                              TERRENCE W. BOYLE
                                              UNITED STATES DISTRICT JUDGE